**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50270 |
| Plaintiff - Appellee, | D.C. No. 3:08-cr-03986-LAB |
| v. | |
| FELIPE FERNANDO FAVA-CORELLA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted December 14, 2010[**]

Before:     GOODWIN, WALLACE, and THOMAS, Circuit Judges.

Felipe Fernando Fava-Corella appeals from his 84-month sentence for being

a deported alien found in the United States, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Fava-Corella's counsel has

filed a brief stating there are no grounds for relief, along with a motion to withdraw

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. He has filed a supplemental brief and an answering brief has been filed.

The Government's motion to supplement the record pursuant to Rule 10(e) of the Federal Rules of Appellate Procedure is denied. *See United States v. Garcia*, 997 F.2d 1273, 1278 (9th Cir. 1993).

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

We remand to the district court for the limited purpose of correcting the judgment to reflect that Fava-Corella pled guilty to the indictment, not an information, and that he pled guilty to being a deported alien found in the United States, not attempted entry after deportation.

Counsel's motion to withdraw is **GRANTED**, the district court's judgment is **AFFIRMED**, and the case is **REMANDED** with instructions to correct the judgment.